# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2024

## NO. 03-21-00069-CV

**J-W Power Company, Appellant**

**v.**

**Sterling County Appraisal District, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF STERLING COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED ON REMAND -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on January 5, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.